54

JAMES S. NORRIS,
   Defendant,

On December 28, 2000, the defendant was sentenced to a ten (10) year commitment to the Department of Corrections for violations of the conditions of a suspended sentence for the offense of Negligent Homicide, a felony, two (2) counts.

On May 17, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present, however, his court appointed counsel, Brad Belke, was not present based on the fact that the defendant had indicated to him earlier in the day that he did not wish to have his sentence reviewed. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed at this time, without Mr. Belke.

Therefore, it is the unanimous decision of the Sentence Review Division that the defendant's application for review of sentence shall be continued to the next meeting of the Board, presently scheduled for July 19 and 20, 2001, thus allowing the defendant additional time to meet with counsel to decide whether or not he wants to pursue a sentence review hearing.

Done in open Court this 17th day of May, 2001.

DATED this 30th day of May, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 4th Judicial District. County of Missoula.**

STATE OF MONTANA,
   Plaintiff,                              No. DC-92-10103
vs.                                        Decision
DANNY ROBERT RAINES,
   Defendant,

On January 9, 2001, the defendant was sentenced to three (3) years in the Montana State Prison for violations of the conditions of a suspended sentence for the offense of Felony Assault.

On May 17, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Janna Gobeo. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed at this time as he had some type of an appeal currently pending.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be continued pending the outcome of such an appeal. The defendant is directed to notify the Sentence Review Division within sixty (60) days from the date in which the appeal is decided and indicate whether or not he would still like a hearing before the Board. If the defendant fails to notify the Division, no further action will be taken by the Board.

Done in open Court this 17th day of May, 2001.

DATED this 30th day of May, 2001.

Chairman, Hon. Jeffrey H. Langton. Member, Hon. David Cybulskiand Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 8th Judicial District.
County of Cascade.**

**STATE OF MONTANA,**
    **Plaintiff,**                     **No. BDC-92-046**
**vs.**                              **Decision**
**CHANSE RHODE,**
    **Defendant,**

On November 6, 2000, the defendant was sentenced to a five (5) year commitment to the Department of Corrections, to run concurrently to ADC-91-245 and ADC-92-389, and consecutively to the sentence imposed in Flathead County, for violations of the conditions of a suspended sentence for the offense of Forgery, a felony. If the defendant completes the Boot Camp Program, the Court will suspend the remainder of the term.